**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                            CASE NO. 6:06-CR-207-ORL-19KRS

STACIE LETICE MUNOZ

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 116, filed January 5, 2007) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 116) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Stacie Letice Munoz has entered a plea of guilty to Count Four of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Four of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 105, filed December 22, 2006) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this <u>  5th  </u> day of January, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy